However, Mr. Goad called the BAP late yesterday and indicated he would not be appearing this morning and asked that that matter be submitted on the briefs. All right. And we have no appearance from NAPALEE either. So that matter is submitted on the briefs.
judges: Faris, Spraker, and Gan